# Chapter 13 Plan

Case No_____

Debtor(s) __LASHENA R MILLER__   SS# ****-***-1891   Net Monthly Earnings $ 1268.33

SS# ****-***-   Number of Dependents   1

**I. Plan Payments:**

( ) Debtor(s) propose to pay a periodic payment of $_____ [ ] weekly [ ] biweekly [ ] semi-monthly [ ] monthly into the plan; or

(**X**) Payroll Deduction Order: To __NHS Management LLC__ for $ 166.00  [ ] weekly  [**X**] biweekly  [ ] semi-monthly  [ ] monthly.

Length of plan is approximately __36__ months, and the total debt to be paid through the plan is approximately $ 12,948.00

**II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:**

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PROPERTY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| **None** | | | |

B. Total ATTORNEY FEE: $ 2,750.00 ; $ 0.00 paid pre-petition; $ 740.00 to be paid at confirmation and $ 50.00 per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid [X] by Debtor | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Tuscaloosa Wholesale** | $0.00 | $8568.92 | $8575.00 | $0.00 | 1999 Toyota Solara | 4.5% | $276.55 | Month After Confirmation |

**III. Other debts not shown in 1 or 2 above which Debtor(s) propose to pay direct:**

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **None** | | | | |

**IV. Special Provisions:**

[**X**]  This is an original plan.
[ ]   This is an amended plan replacing plan dated _____.
[**X**]  This plan proposes to pay unsecured creditors ___0%___.
[**X**]  Debtor proposes to pay the allowed secured portion of any claim not provided for herein with interest at the rate of 4.5% APR over the length of the plan.
[**X**]  Debtor proposes no adequate protection payment on any oversecured claim.

Attorney for Debtor:         Dated: ___September 30, 2009___
**C. PARK BARTON, JR.**
**2621 7TH STREET**
**TUSCALOOSA, AL 35401**                /s/ LaShena R Miller_____
**Telephone: 205-349-3055**                              Signature of Debtor